IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>RODOLFO FLORES,<br><br>        Defendant.<br>_____ | No. Cr. F 96-05298 AWI<br><br>**ORDER REDUCING SENTENCE PURSUANT TO CRACK COCAINE AMENDMENT AND ORDER VACATING FEBRUARY 25, 2008 HEARING DATE**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

    This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on February 14, 2008. The motion was set for hearing on February 25, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

    The parties agree, and the Court finds, that Mr. Flores is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 36 to 34.

    Accordingly, IT IS HEREBY ORDERED that, effective March 3, 2008, the term of imprisonment originally imposed is reduced to time served;

    IT IS FURTHER ORDERED that all other terms and provisions of the

1 | original judgment remain in effect.
2 |     Unless otherwise ordered, Mr. Flores shall report to the United
3 | States Probation office closest to the release destination within
4 | seventy-two hours.
5 |
6 | IT IS SO ORDERED.
7 | **Dated:   February 22, 2008**              /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE

ORDER REDUCING SENTENCE

-2-